JERSEY CITY MACHINE COMPANY v. WALTER H. FOSTER COMPANY.— Application granted.     Order signed.     Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

AMANDA TILLMAN, Individually, etc., v. CHARLES A. OGREN, as Executor, etc.— Motion denied, with ten dollars costs.     Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

IRONBOUND TRUST COMPANY v. SCHMIDT-DAUBER COMPANY.— Motion denied, with ten dollars costs.     Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

ALBERT BRAUER v. JULIA W. LAWRENCE.— Motion denied, with ten dollars costs.     Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

KATHERINE CATONA, an Infant, v. UNION RAILWAY COMPANY. PAUL CATONA v. UNION RAILWAY COMPANY.— Motion denied, with ten dollars costs.     Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS JACOBS v. WILLIAM E. WALSH, as Superintendent, etc.— Motion denied, with ten dollars costs.     Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

EQUITABLE LIFE ASSURANCE SOCIETY v. JUDSON B. WILDS, as Executor, etc.— Motion denied, with ten dollars costs.     See memorandum.     Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

In the Matter of HETTY H. R. GREEN, Deceased.— Motion for reargument denied.     Order resettled.     Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

THOMAS GILLERAN v. SPRINGFIELD L. I. CEMETERY SOCIETY. THOMAS GILLERAN v. THOMAS E. COLBY, Impleaded. THOMAS GILLERAN v. ALBERT S. OWENS, Impleaded.— Motion granted.     Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

In the Matter of HARRY LEGROS v. Honorable CHARLES L. GUY and Others.— Motion denied, with ten dollars costs.     Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

In the Matter of ALBERT E. RAHM, an Attorney.— Motion granted. Order to be settled on notice.     Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

ANNA E. CROWLEY, Appellant, v. DEGNON CONTRACTING COMPANY, Respondent.— Judgment and order affirmed, with costs.     No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.; Page and Merrell, JJ., dissented.

HARRY R. SANGUINETTI, Respondent, v. HAMILTON B. WILLS, Appellant. — Judgment and order affirmed, with costs.     No opinion.     Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.